# EXHIBIT A

**Notice and Acknowledgment of
Receipt of Summons and Complaint**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

CHARLES KONOW,

individually and on behalf of all others similarly situated,

Plaintiff(s)     Case No. _____2022CH11849_____

vs.

BRINKS INCORPORATED,

Defendant(s)

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

To: _A Division of Brinks Incorporated_    Address: _P.O. Box 619031_
(Name)

City: _Dallas_    State: _Texas_ Zip: _619031_

The enclosed summons and complaint are served pursuant to section 2--213 of the Code of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender within ____30____ * days.

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within ____30____ * days, you (or the party on whose behalf you are being served) may be served a summons and complaint in any other manner permitted by law.

If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the complaint within ____60____ ** days. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this notice and acknowledgment of receipt of summons and complaint will have been mailed on _1-9-23_____ .

**Notice and Acknowledgment of**
**Receipt of Summons and Complaint**

**E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile. illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/ gethelp.asp.**

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned matter at:

(Please print or type)

Name: Anne E. Larson / Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

Address: 155 North Wacker Drive, Suite 4300

City: Chicago        State: IL     Zip: 60606

Email: anne.larson@ogletree.com

Relationship to Entity/Authority to Receive Service of Process: Attorney
(Not applicable if your are the named Defendant or Respondent.)

Dated: 1/11/23

_Anne Larson_
Signature

\*   (To be completed by the person sending the notice.) Date for return of waiver must be at least 30 days from the date on which the request is sent, or 60 days if the defendant is addressed outside the United States.

\*\*   (To be completed by the person sending the notice.) Date for answering complaint must be at least 60 days from the date on which the request is sent, or 90 days if the defendant is addressed outside the United States.

Hearing Date: 4/10/2023 9:30 AM This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.
Location: Court Room 2408
Judge: Conlon, Alison C

| STATE OF ILLINOIS, CIRCUIT COURT | | | |
|---|---|---|---|
| Cook ⬇ COUNTY | **SUMMONS** | *For Court Use Only* | |
| | | FILED 12/7/2022 4:36 PM IRIS Y. MARTINEZ CIRCUIT CLERK COOK COUNTY, IL 2022CH11849 Calendar, 4 20588590 | |

FILED DATE: 12/7/2022 4:36 PM   2022CH11849

| **Instructions ▼** | CHARLES KONOW, individually |
|---|---|
| Enter above the county name where the case was filed. | and on behalf of all others similarly situated, |
| | **Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter your name as Plaintiff/Petitioner. | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v. |
| | BRINKS INCORPORATED |
| | **Defendant / Respondent** *(First, middle, last name)* |
| Enter the Case Number given by the Circuit Clerk. | |

**2022CH11849**

**Case Number**

☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)*

| **IMPORTANT INFORMATION:** | There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.<br><br>E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.<br><br>Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org. |
|---|---|
| **Plaintiff/Petitioner:** | Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons, Small Claims Summons, or Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.<br><br>If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent. |

| | |
|---|---|
| In 1a, enter the name and address of a Defendant/ Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here. | **1. Defendant/Respondent's address and service information:**<br> a. Defendant/Respondent's primary address/information for service:<br> Name *(First, Middle, Last)*: BRINKS INCORPORATED.<br> Registered Agent's name, if any: A Division of Brinks, Incorporated<br> Street Address, Unit #: P.O. Box 619031<br> City, State, ZIP: Dallas, Texas 75261-9031<br> Telephone: _____ Email: _____ |
| In 1b, enter a second address for Defendant/ Respondent, if you have one. | b. If you have more than one address where Defendant/Respondent might be found, list that here:<br> Name *(First, Middle, Last)*: _____<br> Street Address, Unit #: _____<br> City, State, ZIP: _____<br> Telephone: _____ Email: _____ |
| In 1c, check how you are sending your documents to Defendant/ Respondent. | c. Method of service on Defendant/Respondent:<br> ☐ Sheriff    ☐ Sheriff outside Illinois: _____<br>                               *County & State*<br> ☐ Special process server    ☐ Licensed private detective |

SU-S 1503.2                    Page 1 of 4                         (06/21)

Ex. A, pg 3

Enter the Case Number given by the Circuit Clerk: _____

| | |
|---|---|
| In 2, enter the amount of money owed to you. | **2.  Information about the lawsuit:**<br>Amount claimed:  $ 50,000.01 |
| In 3, enter your complete address, telephone, and email address, if you have one. | **3.  Contact information for the Plaintiff/Petitioner:**<br>Name (First, Middle, Last):  FISH POTTER BOLANOS,P.C.<br>Street Address, Unit #:  200 E. 5TH AVENUE, SUITE 125<br>City, State, ZIP:  NAPERVILLE, ILLINOIS 60563<br>Telephone:  312-861-1800   Email:  docketing@fishlawfirm.com |

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| | |
|---|---|
| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*.<br>To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |

| | |
|---|---|
| Check 4a or 4b. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box 4a. Otherwise, if the clerk gives you a court date, check box 4b. | **4.  Instructions for person receiving this *Summons* (Defendant):**<br>☒ a.  To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:<br>Address:  CIRCUIT COURT OF COOK COUNTY<br>City, State, ZIP:  50 W. WASHINGTON STREET, CHICAGO, IL 60602 |
| In 4a, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response.* | ☐ b.  Attend court:<br>On: _____ at _____ ☐ a.m. ☐ p.m. in _____<br>    *Date*         *Time*              *Courtroom*<br>**In-person at:** |
| In 4b, fill out:<br>•The court date and time the clerk gave you.<br>•The courtroom and address of the court building.<br>•The call-in or video information for remote appearances (if applicable).<br>•The clerk's phone number and website. All of this information is available from the Circuit Clerk. | _____<br>*Courthouse Address*   *City*              *State*      *ZIP*<br>OR<br>**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):<br>By telephone: _____<br>              *Call-in number for telephone remote appearance*<br>By video conference: _____<br>                    *Video conference website*<br>_____<br>*Video conference log-in information (meeting ID, password, etc.)*<br><br>Call the Circuit Clerk at: _____ or visit their website<br>                          *Circuit Clerk's phone number*<br>at: _____ to find out more about how to do this.<br>     *Website* |

| | |
|---|---|
| **STOP!**<br>The Circuit Clerk will fill in this section. | Witness this Date: _____<br>12/7/2022 4:36 PM IRIS Y. MARTINEZ<br>Clerk of the Court: _____ |
| **STOP!**<br>The officer or process server will fill in the Date of Service. | This *Summons* must be served within 30 days of the witness date.<br><br>Date of Service: _____<br>*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)* |

*Seal of Court*

FILED DATE: 12/7/2022 4:36 PM   2022CH11849

SU-S 1503.2                           Page 2 of 4                          (06/21)

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

FILED DATE: 12/7/2022 4:36 PM   2022CH11849

| STATE OF ILLINOIS, CIRCUIT COURT | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|
| Cook ▼ COUNTY | | |

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | **CHARLES KONOW, individually** and on behalf of all others similarly situated | |
| | **Plaintiff / Petitioner** (First, middle, last name) | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v. **BRINKS INCORPORATED,** | |
| | **Defendant / Respondent** (First, middle, last name) | |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** (Check this box if this is not the 1st Summons issued for this Defendant.) | **Case Number** |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

**My name is** _____ **and I state**
First, Middle, Last

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent

_____ **as follows:**
First, Middle, Last

    ☐ Personally on the Defendant/Respondent:
    Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address, Unit#: _____
    City, State, ZIP: _____

    ☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family
    member or lives there:
    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address, Unit#: _____
    City, State, ZIP: _____
    And left it with: _____
    First, Middle, Last
    Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
    and by sending a copy to this defendant in a postage-paid, sealed envelope to the
    above address on _____ , 20 _____ .

    ☐ On the Corporation's agent, _____
    First, Middle, Last
    Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____

Ex. A, pg 5

Enter the Case Number given by the Circuit Clerk:_____

☐ I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

2.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

3.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

FILED DATE: 12/7/2022 4:36 PM   2022CH11849

| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |

| Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony. | **By:** _____ | **FEES** |

*Signature by:*   ☐ Sheriff

Service and Return:  $ _____
Miles _____  $ _____
Total  $ 0.00

☐ Sheriff outside Illinois:

_____
*County and State*
☐ Special process server
☐ Licensed private detective

_____
*Print Name*

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

Hearing Date: 4/7/2023 9:30 AM
Location: Court Room 2408
Judge: Conlon, Alison C

FILED
12/7/2022 4:36 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022CH11849
Calendar, 4
20588590

FILED DATE: 12/7/2022 4:36 PM   2022CH11849

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

CHARLES KONOW, individually and on
behalf of all others similarly situated,

*Plaintiff*,

v.

BRINKS INCORPORATED,

*Defendant*.

Case No.:   **2022CH11849**

## CLASS ACTION COMPLAINT

Charles Konow ("Plaintiff") files this Class Action Complaint ("Complaint") against Brinks, Inc. ("Defendant") for violations of the Illinois Biometric Information Privacy Act.

## FACTUAL ALLEGATIONS

1.  Plaintiff previously worked for Defendant as an armored truck driver in Illinois.

2.  Defendant is a private security and protection company, that employed Plaintiff and other individuals to drive Defendant's armored transport vehicles within Illinois.

3.  Defendant utilized SmartDrive Systems, Inc. ("SmartDrive")[1] products in its armored transport vehicles to monitor driver behavior.

4.  Defendant installed and operated SmartDrive's driver-facing camera with enabled facial mapping technology in its armored transport vehicles.

---

[1] In 2020-2021, Omnitracs, LLC, advertised as a leader in fleet management and data analytics solutions and a pioneer in transportation technology, acquired SmartDrive.

1

FILED DATE: 12/7/2022 4:36 PM 2022CH11849

5.    SmartDrive's driver facing camera and "SmartSense" technology interpret driver cues, such as head and eye movements. https://www.prnewswire.com/news-releases/smartdrive-introduces-smartsense-a-new-suite-of-intelligent-driver-assist-sensors-that-identify-high-risk-driving-behavior-300540336.html (last visited December 5, 2022).

6.    Defendant's vehicles equipped with SmartSense hardware "are loaded with sensors that deliver massive volumes of rich data that fleets can leverage to understand vehicle use and driver performance." *See* https://www.omnitracs.com/smartdrive (last visited December 5, 2022).

7.    SmartSense combines "purpose-built sensors" with "computer vision," including "computer-based algorithms" to identify driver risks and dangerous driving behavior, such as drowsiness. This is done in part through facial mapping and directing sensors at the driver's face:



*See* https://www.omnitracs.com/applications/smartdrive-sensors-iot (last visited December 5, 2022).

8.    The sensors in the vehicle scan the driver's face, including certain face and eye movements, to monitor driver behavior.

9.    Defendant used the SmartSense technology to collect scans of Plaintiff's facial geometry to analyze his driving behavior.

2

10.     The facial geometry scans collected from Plaintiff are collected and analyzed by Defendant to identify driving behaviors.

11.     Defendant never informed Plaintiff, in writing or otherwise, that it was collecting scans of his facial geometry or his biometric data.

12.     Likewise, Defendant never obtained Plaintiff's informed written consent to collect scans of his facial geometry or his biometric data.

13.     Additionally, Defendant never informed Plaintiff in writing of the purpose and length of time for which Defendant would collect scans of his facial geometry.

14.     Defendant captured, collected, or otherwise obtained Plaintiff's facial geometry and the facial geometry of others similarly situated without following the requirements of the Biometric Information Privacy Act.

**THE PARTIES**

15.     Plaintiff is an individual who is a resident of Cook County, Illinois.

16.     Defendant is a Delaware limited liability company whose principal office is in Dallas, Texas.

**JURISDICTION AND VENUE**

17.     This Court has personal jurisdiction over Defendant because Defendant conducted business and scanned Plaintiff's face and collected and stored Plaintiff's face and other biometric data and information in Illinois.

18.     This Court has jurisdiction over Defendant pursuant to 735 ILCS 5/2-209 because Defendant conducts business transactions in Illinois and have committed tortious acts in Illinois.

19.     Venue is proper in Cook County because Defendant operates throughout this County and "resides" in Cook County within the meaning of 735 ILCS § 5/2-102(a).

3

FILED DATE: 12/7/2022 4:36 PM  2022CH11849

FILED DATE: 12/7/2022 4:36 PM   2022CH11849

**REQUIREMENTS OF THE BIOMETRIC INFORMATION PRIVACY ACT**

20.     In enacting the Biometric Information Privacy Act, the Illinois legislature recognized that the full ramifications of biometric technology are not yet fully known and so the public will benefit from "regulations on the collection, use, safeguarding, handling, storage retention, and description of biometric identifiers and information." 740 ILCS 14/5(f)-(g).

21.     Among other things, the Biometric Information Privacy Act prohibits a "private entity" from capturing, collecting, or otherwise obtaining biometric identifiers from an individual unless that private entity first obtains the individual's informed written consent. 740 ILCS 14/15(b)(3).

22.     Relatedly, the Biometric Information Privacy Act prohibits a private entity from capturing, collecting, or otherwise obtaining biometric identifiers from an individual unless that private entity first informs the individual, in writing, of the following: (a) that the private entity is collecting or storing biometric identifiers or information, and (b) the purpose and length of time for which the private entity will collect, store, and use the biometric identifiers or information. 740 ILCS 14/15(b)(1)-(2).

**CLASS ACTION ALLEGATIONS**

23.     Plaintiff seeks to represent a class of Illinois residents who had their facial geometry scanned, captured, collected, or otherwise obtained by Defendant in Illinois between December 2017 and the present ("the Class").

24.     Plaintiff and the Class are similar to one another because they were all subject to the same allegedly illegal practices: Defendant capturing, collecting or otherwise obtaining scans of their facial geometry without adhering to the requirements of the Biometric Information Privacy Act.

4

FILED DATE: 12/7/2022 4:36 PM    2022CH11849

25.     The Class includes more than 50 members.

26.     As a result, the Class is so numerous that joining of all class members in one lawsuit is not practical.

27.     The issues involved in this lawsuit present common questions of law and fact, including: whether Defendant captured, collected, or otherwise obtained scans of facial geometry from the Class; whether the facial scan data Defendant captured qualifies as "biometric identifiers" under the Biometric Information Privacy Act; and whether Defendant made written disclosures and obtained informed written consent before capturing, collecting, or otherwise obtaining scans of facial geometry from the Class.

28.     These common questions of law and fact predominate over variations that may exist between members of the Class, if any.

29.     Plaintiff, the members of the Class, and Defendant have a commonality of interest in the subject matter of the lawsuit and the remedy sought.

30.     If individual actions were required to be brought by each member of the Class injured or affected, the result would be a multiplicity of actions, creating a hardship to the Class, to the Court, and to Defendant.

31.     Accordingly, a class action is an appropriate method for the fair and efficient adjudication of this lawsuit and distribution of the common fund to which the Class is entitled.

32.     The books and records of Defendant are material to Plaintiff's case as they disclose how Defendant captured, collected, or otherwise obtained scans of facial geometry from Plaintiff and the Class and what information Defendant provided Plaintiff and the Class about its capture, collection, and use of their biometric identifiers.

33.     Plaintiff and his counsel will fairly and adequately protect the interests of the Class.

5

FILED DATE: 12/7/2022 4:36 PM    2022CH11849

34.     Plaintiff retained counsel experienced in complex class action litigation, including class action litigation under the Biometric Information Privacy Act.

## COUNT I
## Violation of the Biometric Information Privacy Act
### (Class Action)

35.     Plaintiff realleges and incorporates the previous allegations of this Complaint.

36.     Defendant is a "private entity" under the Biometric Information Privacy Act. 740 ILCS 14/10.

37.     Plaintiff's and the Class's scans of facial geometry qualify as "biometric identifier[s]" as defined by the Biometric Information Privacy Act. 740 ILCS 14/10.

38.     Defendant violated the Biometric Information Privacy Act by capturing, collecting, or otherwise obtaining Plaintiff's and the Class's scans of facial geometry without first informing them in writing that Defendant was doing so.

39.     Defendant violated the Biometric Information Privacy Act by capturing, collecting, or otherwise obtaining Plaintiff's and the Class's scans of facial geometry without first informing them in writing of the purpose of Defendant doing so and the length of time Defendant would collect, store, and use Plaintiff's and the Class's scans of facial geometry.

40.     Defendant violated the Biometric Information Privacy Act by capturing, collecting, or otherwise obtaining Plaintiff's and the Class's scans of facial geometry without first obtaining their informed written consent to the capture, collection, or use of Plaintiff's and the Class's scans of facial geometry.

41.     Unlike other Illinois companies, Defendant failed to take notice and follow the requirements of the Biometric Information Privacy Act even though the law was enacted in 2008 and numerous articles and court filings about the law's requirements were published before

6

FILED DATE: 12/7/2022 4:36 PM   2022CH11849

Defendant committed the legal violations alleged in this Complaint.

WHEREFORE, Plaintiff and the Class pray for a judgment against Defendant as follows:

A.  Awarding liquidated monetary damages to Plaintiff and the Class for each violation of the Biometric Information Privacy Act as provided by 740 ILCS 14/20(1)-(2);

B.  Enjoining Defendant from committing further violations of the Biometric Information Privacy Act as authorized by 740 ILCS 14/20(4);

C.  Awarding Plaintiff's reasonable attorneys' fees and costs incurred in filing and prosecuting this action as provided by 740 ILCS 14/20(3); and

D.  Such other and further relief as this Court deems appropriate and just as provided by 740 ILCS 14/20(4).

Respectfully submitted,

Dated: December 7, 2022

/s/ Mara Baltabols
One of Plaintiff's Attorneys

David Fish
dfish@fishlawfirm.com
Mara Baltabols
mara@fishlawfirm.com
FISH POTTER BOLAÑOS, P.C. (#23522)
200 East 5th Avenue, Suite 123
Naperville, IL 60563
Tel: (630) 355-7590

Douglas M. Werman
dwerman@flsalaw.com
Bernard K. Schott
bschott@flsalaw.com
WERMAN SALAS P.C.
77 W. Washington St., Suite 1402
Chicago, Illinois 60602
Tel: (312) 419-1008

*Attorneys for Plaintiff*

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION**

FILED
12/8/2022 2:22 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022CH11849
Calendar, 4
20605733

CHARLES KONOW, individually and on
behalf of all others similarly situated,

*Plaintiff,*

v.

BRINKS INCORPORATED,

*Defendant.*

Case No.: 2022CH11849

FILED DATE: 12/8/2022 2:22 PM  2022CH11849

## **NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **January 12, 2023 at 10:00 am**, or as soon thereafter as counsel can be heard, I shall appear before the Honorable Judge Alison C. Conlon in Courtroom 2408 of the Circuit Court of Cook County, Illinois, located at 50 W. Washington in person or via Zoom to present the **Plaintiff's Motion for Class Certification**, a copy of which is attached hereto and hereby served upon you.

Dated: December 8, 2022

Respectfully submitted,

 **CHARLES KONOW**,
**individually and on behalf of all others similarly
situated.**

 By:  /s/   Mara Baltabols
         One of Plaintiff's Attorney's

David Fish
Mara Baltabols
docketing@fishlawfirm.com
**Fish Potter Bolaños, P.C. (#23522)**
200 East 5th Avenue, Suite 123
Naperville, IL 60563
Tel: (312) 861-1800

Douglas M. Werman
dwerman@flsalaw.com
Bernard K. Schott
bschott@flsalaw.com
**WERMAN SALAS P.C.**
77 W. Washington St., Suite 1402
Chicago, Illinois 60602
Tel: (312) 419-1008

*Attorneys for Plaintiff*

Hearing Date: 1/12/2023 10:00 AM - 10:05 AM
Location: <<CourtRoomNumber>>
Judge: Calendar, 4

FILED DATE: 12/8/2022 2:15 PM   2022CH11849

FILED
12/8/2022 2:15 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022CH11849
Calendar, 4
20605178

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

CHARLES KONOW, individually and on
behalf of all others similarly situated,

*Plaintiff*,

v.

BRINKS INCORPORATED,

*Defendant.*

Case No.: 2022CH11849

---

## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

This is a proposed class action lawsuit for violations of the Biometric Information Privacy Act ("the Act"). Charles Konow ("Plaintiff") allege that Defendant violated the Act by collecting, possessing, and transferring Plaintiff's and the proposed class's biometric voiceprints, voice patterns or templates and information through Defendant's Vocollect technology without following the Act's requirements. Class Action Complaint ("Compl.") ¶¶ 3-4, 24-28, 42-62. Plaintiff files this Motion for Class Certification under guidance from the Illinois Supreme Court to avoid a mootness issue that may result from a tender to Named Plaintiff. *See Barber v. Am. Airlines, Inc.*, 948 N.E.2d 1042, 1045 (Ill. 2011) ("the important consideration in determining whether a named representative's claim is moot is whether that representative filed a motion for class certification prior to the time when the defendant made its tender.") (citations omitted); *Ballard RN Ctr., Inc. v. Kohll's Pharmacy & Homecare, Inc.*, 48 N.E.3d 1060, 1069 (Ill. 2015) ("Simply put, defendant's tender of relief, "partial" or otherwise, after plaintiffs filed its class certification motion could not render moot any part of plaintiffs' pending action") (footnote and

1

FILED DATE: 12/8/2022 2:15 PM   2022CH11849

citation omitted).

Named Plaintiff moves to certify the following class:[1]

All persons who had their voiceprints, voice patterns collected, captured, received, otherwise obtained, or disclosed by the Defendant while in Illinois ("the Class").

The proposed Class meets the requirements for class certification under 735 ILCS 5/2-801 (numerosity, commonality, adequacy, and appropriateness).

First, the Class is too numerous for joinder to be practical because it has more than 50 members. Compl. ¶ 31. As a result, the numerosity requirement in 735 ILCS 5/2-801(1) is satisfied. *Kim v. Sussman*, No. 03 CH 07663, 2004 WL 3135348, at *2 (Ill. Cir. Ct. Oct. 19, 2004) ("Although there is no bright line test to determine numerosity, the Illinois courts generally follow the reasoning that greater than 40 parties satisfies numerosity, but less than 25 people is insufficient." (citation omitted).

Second, there are common questions of law or fact that predominate over questions affecting only individual members, including: whether Defendant required the Class to provide their voiceprints, voice patterns; whether Defendant collected the Class's "biometric identifiers" or "biometric information" under the Biometric Information Privacy Act; and whether Defendant complied with the procedures in 740 ILCS 14/15(a), (b), and (d) of the Biometric Information Privacy Act. ¶ 33. These uniform factual and legal determinations satisfy 735 ILCS 5/2-801(2). *See Ramirez v. Midway Moving & Storage, Inc.*, 880 N.E.2d 653, 658 (Ill. App. 1st Dist. 2007) (common questions of law and fact predominate where the potential class challenged the Defendant's "uniform policy.").

---

[1]     Named Plaintiff reserves the right to amend this class definition and supplement this motion based on information obtained in discovery.

2

FILED DATE: 12/8/2022 2:15 PM    2022CH11849

Third, Named Plaintiff will fairly and adequately protect the interests of the Class because their claims are coextensive with those of the Class, he has no interests antagonistic to the Class, and he is not subject to unique defenses. *See Walczak v. Onyx Acceptance Corp.*, 850 N.E.2d 357, 371 (Ill. App. 2d Dist. 2006) (finding adequacy requirement in 735 ILCS 5/2-801(3) satisfied where "plaintiffs [were] in the same position as all putative class members").

Finally, a class action is an appropriate method for the fair and efficient adjudication of this controversy because the lawsuit alleges that Defendant's common practices toward employees violated the Act. "Where the first three requirements for class certification have been satisfied, the fourth requirement may be considered fulfilled as well." *Id.*

The United States District Courts for the Northern District of Illinois and the Northern District of California certified class actions under Rule 23(b)(3) of the Federal Rules of Civil Procedure in cases alleging violations of the Act. *Alvarado v. Int'l Laser Prods., Inc.*, Case No. 1:18-cv-7756, 2019 WL 333795, at *1 (N.D. Ill. June 19, 2019) (claims by employees alleging violations of the Act based on the defendant's biometrics); *In re Facebook Biometric Info. Privacy Litig.*, 326 F.R.D. 535, 549 (N.D. Cal. 2018) (claims by Facebook users who alleged that the defendant collected their biometric identifiers and information from their social media photos).

WHEREFORE, for the foregoing reasons, Named Plaintiff requests that the Court:

A. Enter and continue this motion and enter an order allowing expedited limited class certification discovery;

B. Set a schedule for Named Plaintiff to file supplemental evidentiary materials and a supporting memorandum of law; and

C. Such other relief as this Court deems appropriate under the circumstances.

3

FILED DATE: 12/8/2022 2:15 PM   2022CH11849

Dated:  December 8, 2022

Respectfully submitted,

/s/*Mara Baltabols*
One of Plaintiff's Attorneys

David Fish
dfish@fishlawfirm.com
Mara Baltabols
mara@fishlawfirm.com
docketing@fishlawfirm.com
**FISH POTTER BOLAÑOS, P.C. (#23522)**
200 East 5th Avenue, Suite 123
Naperville, IL 60563
Tel: (312) 861-1800

Douglas M. Werman
dwerman@flsalaw.com
Bernard K. Schott
bschott@flsalaw.com
**WERMAN SALAS P.C.**
77 W. Washington St., Suite 1402
Chicago, Illinois 60602
Tel: (312) 419-1008

*Attorneys for Plaintiff*

4

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, 4

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT - CHANCERY DIVISION**

<div style="float:left">FILED DATE: 1/11/2023 4:32 PM   2022CH11849</div>

FILED
1/11/2023 4:32 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022CH11849
Calendar, 4
21004320

| | | |
|---|---|---|
| CHARLES KONOW, individually and on Behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.: 2022 CH 11849 |
| BRINKS INCORPORATED, | ) ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

To:     Anne E. Larson, Email: anne.larson@ogletree.com
        Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
        155 North Wacker Drive, Suite 4300, Chicago, IL 60606

        PLEASE TAKE NOTICE that on January 11, 2023, I filed with the Clerk of the Circuit Court of Cook County, Chicago, Illinois the **Notice and Acknowledgment of Receipt of Summons and Complaint Executed by Anne E. Larson/Ogletree, Deakins, et al. on behalf of Brinks Incorporated**, a copy of which is attached and hereby served upon you.

                        Respectfully Submitted,

                        **Charles Konow,** individually and on behalf of all others similarly situated,

                        By:  /s/ Mara Baltabols
                            One of his attorneys

**CERTIFICATE OF SERVICE**

        I certify that on January 10, 2023, a copy of the within instrument was filed via the Court's approved electronic filing service provider, which will automatically serve and send notification of such filing to all parties who have appeared and have not until this point been found by the Court to be in default for failure to plead. Additionally, a true and correct copy was served on those parties by electronic transmission pursuant to Illinois Supreme Court Rule 11

                        By:  /s/ Mara Baltabols
                            One of its attorneys

Seth Matus smatus@fishlawfirm.com
Fish, Potter, Bolaños, P.C.
200 E. 5th Avenue, Suite 115
Naperville, IL  60563
(312) 861-1800
Attorney No. 23522

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, 4

FILED
1/11/2023 4:32 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022CH11849
Calendar, 4
21004320

FILED DATE: 1/11/2023 4:32 PM   2022CH11849

**Notice and Acknowledgment of
Receipt of Summons and Complaint**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

CHARLES KONOW,

individually and on behalf of all others similarly situated,

<table>
<tr><td>Plaintiff(s)</td><td>Case No.</td><td>2022CH11849</td></tr>
<tr><td>vs.</td><td></td><td></td></tr>
<tr><td>BRINKS INCORPORATED,</td><td></td><td></td></tr>
<tr><td>Defendant(s)</td><td></td><td></td></tr>
</table>

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

To: __A Division of Brinks Incorporated__     Address: __P.O. Box 619031__
                     (Name)

City: __Dallas__     State: __Texas__ Zip: __619031__

The enclosed summons and complaint are served pursuant to section 2--213 of the Code of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender within _____30_____ * days.

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within _____30_____ * days, you (or the party on whose behalf you are being served) may be served a summons and complaint in any other manner permitted by law.

If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the complaint within _____60_____ ** days. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this notice and acknowledgment of receipt of summons and complaint will have been mailed on __1-9-23__ .

Page 1 of 2

FILED DATE: 1/11/2023 4:32 PM   2022CH11849

**Notice and Acknowledgment of**
**Receipt of Summons and Complaint**

E-filing is now mandatory for documents in civil cases with limited exemptions.  To
e-file, you must first create an account with an e-filing service provider.  Visit http://efile.
illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.  If
you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/
gethelp.asp.

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in
the above captioned matter at:

(Please print or type)

Name: Anne E. Larson / Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

Address: 155 North Wacker Drive, Suite 4300

City: Chicago          State: IL     Zip: 60606

Email: anne.larson@ogletree.com

Relationship to Entity/Authority to Receive Service of Process: _____Attorney_____
(Not applicable if your are the named Defendant or Respondent.)

Dated: 1/11/23

_____
Signature

\*   (To be completed by the person sending the notice.) Date for return of waiver must be at least 30 days from the date
on which the request is sent, or 60 days if the defendant is addressed outside the United States.

\*\*  (To be completed by the person sending the notice.) Date for answering complaint must be at least 60 days from the
date on which the request is sent, or 90 days if the defendant is addressed outside the United States.

Ex. A, pg 21

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

CHARLES KONOW, individually and on
behalf of all others similarly situated,

        *Plaintiff,*

        v.

BRINKS INCORPORATED,

        *Defendant.*

Case No.: 2022CH11849

Zoom Meeting ID: 974 5431 3798

Zoom Password: 501494

## ORDER

THIS MATTER, coming before the Court for Plaintiff's Motion for Class Certification, the Court being duly advised, IT IS HEREBY ORDERED:

(1) Plaintiff's Motion for Class Certification is continued to April 7, 2023, at 9:30 a.m. in Room 2408 via Zoom.

*It is so ordered.*

Judge Alison C. Conlon
JAN 12 2023
Judge Conlon
Circuit Court – 2038

*Prepared by:*
Mara Baltabols
Fish Potter Bolaños, PC
mara@fishlawfirm.com
docketing@fishlawfirm.com
Counsel for Plaintiff
(312) 861-1800
Atty #23522