**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **CHARLES KONOW, individually and on behalf of all others similarly situated,** | ) ) ) | |
| **Plaintiff,** | ) ) | **No. 23-cv-760** |
| **v.** | ) ) | **Judge Rebecca R. Pallmeyer** |
| **BRINK'S, INCORPORATED,** | ) ) | **Magistrate Judge Gabriel A. Fuentes** |
| **Defendant.** | ) ) | |

**DEFENDANT'S RULE 12(b)(6) MOTION TO DISMISS
PLAINTIFF'S CLASS ACTION COMPLAINT**

Defendant Brink's, Incorporated ("Brink's") moves to dismiss plaintiff's Class Action

Complaint ("Complaint") with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

Brink's also files a Memorandum in Support contemporaneously with this motion.

WHEREFORE, defendant Brink's, Incorporated respectfully requests this Honorable

Court to enter an Order dismissing the Complaint with prejudice and for any other further relief as

the Court deems appropriate.

Dated: March 16, 2023

Respectfully submitted,

By: _/s/ Anne E. Larson_____
One of the Attorneys for Defendant
**BRINK'S, INCORPORATED**

Anne E. Larson (ARDC No. 6200481)
Taylor M. May (ARDC No. 6333036)
**OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART, P.C.**
155 North Wacker Drive, Suite 4300
Chicago, Illinois 60606
Telephone:     312.558.1220
Facsimile:      312.807.3619
_anne.larson@ogletree.com_
_taylor.may@ogletree.com_

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned attorney certifies that on March 16, 2023, I caused a true and correct copy

of the foregoing ***Defendant's Rule 12(b)(6) Motion to Dismiss Plaintiff's Class Action Complaint***

to be served on counsel of record via ECF pursuant to the General Order on Electronic Filing of

the United States District Court, Northern District of Illinois:

> David Fish
> Mara Baltabols
> **FISH POTTER BOLAÑOS, P.C.**
> 200 East 5th Avenue, Suite 123
> Naperville, IL 60563
> Tel: 630.355.7590
> *dfish@fishlawfirm.com*
> *mara@fishlawfirm.com*
>
> Douglas M. Werman
> Bernard K. Schott
> **WERMAN SALAS, P.C.**
> 77 W. Washington St. Suite 1402
> Chicago, IL 60602
> Tel: 312.419.1008
> *dwerman@flsalaw.com*
> *bschott@flsalaw.com*
>
> ***Attorneys for Plaintiff***

By: */s/ Anne E. Larson*
 One of the Attorneys for Defendant
 **BRINK'S, INCORPORATED**