**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CHARLES KONOW, *individually and on behalf
of all others similarly situated*,

        Plaintiff,

v.

BRINK'S INCORPORATED,

        Defendant.

1:23-cv-760

Hon. Rebecca R. Pallmeyer

## NOTICE OF SETTLEMENT

Plaintiff, Charles Konow ("Plaintiff"), through the undersigned counsel, hereby informs this Court that the parties have reached a settlement in principle, which will resolve this case on an individual, non-class basis. Plaintiff expects the parties to execute a written settlement agreement within the next thirty (30) days and then file a Notice of Dismissal with prejudice. Plaintiff respectfully requests that this Court strike all pending dates and deadlines.

Counsel for the Defendant, Brink's Incorporated, consents to this filing.

Date: June 10, 2024

        Respectfully Submitted,

        */s/ Mara Baltabols*

        David Fish
        Mara Baltabols
        Workplace Law Partners, P.C.
        111 E. Wacker Dr., Suite 2300
        Chicago, Illinois 60601
        312.861.1800
        dfish@fishlawfirm.com
        mara@fishlawfirm.com


        Douglas M. Werman
        dwerman@flsalaw.com

WERMAN SALAS P.C.
77 W. Washington St., Suite 1402
Chicago, Illinois 60602
(312) 419-1008

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing was

served via ECM/CF filing system on June 10, 2024 to all counsel of record.

Date: June 10, 2024                           Respectfully Submitted,

                                                        */s/ Mara Baltabols*