# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHARLES KONOW, *individually and on behalf of all others similarly situated*,<br><br>    Plaintiff,<br><br>v.<br><br>BRINK'S INCORPORATED,<br><br>    Defendant. | 1:23-cv-760<br><br>Hon. Rebecca R. Pallmeyer |

## JOINT STATUS REPORT AND STIPULATION FOR DISMISSAL

Plaintiff, Charles Konow ("Plaintiff") and Defendant Brink's Incorporated ("Defendant") through the undersigned counsel, hereby inform this Court that the parties have executed a settlement agreement, which resolves this case on an individual, non-class basis. Plaintiff respectfully requests that this Court dismiss this case with prejudice, retaining jurisdiction to enforce the settlement

Date: July 25, 2024

Stipulated and agreed to by,

*/s/ Mara Baltabols*

David Fish
Mara Baltabols
Workplace Law Partners, P.C.
111 E. Wacker Dr., Suite 2300
Chicago, Illinois 60601
312.861.1800
dfish@fishlawfirm.com
mara@fishlawfirm.com

Douglas M. Werman
dwerman@flsalaw.com
WERMAN SALAS P.C.
77 W. Washington St., Suite 1402
Chicago, Illinois 60602
(312) 419-1008

*Attorneys for Plaintiff*

*/s/Anne Larson (w consent)*

Anne E. Larson
Ogletree, Deakins, Nash, Smoak
& Stewart, P.C.
155 North Wacker Drive, Suite 4300
Chicago, IL 60606
312-558-1253
anne.larson@ogletree.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing was served via ECM/CF filing system on July 25, 2024 to all counsel of record.

Date: July 25, 2024                     Respectfully Submitted,

*/s/ Mara Baltabols*