**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Charles Konow

                      Plaintiff,

v.                                         Case No.: 1:23−cv−00760
                                        Honorable Rebecca R. Pallmeyer

Brink's Incorporated

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 29, 2024:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiff has filed a stipulation to dismiss this case with prejudice, but with the court retaining jurisdiction to enforce the terms of the parties' agreement [37]. Under Seventh Circuit law, this court may not retain jurisdiction to enforce the settlement agreement unless the settlement agreement is filed with the court. See Balshe LLC v. Ross, 441 F. App'x 395, 396 (7th Cir. 2011); Dupuy v. McEwen, 495 F.3d 807 (7th Cir.2007); Shapo v. Engle, 463 F.3d 641 (7th Cir. 2006); Blue Cross & Blue Shield Ass'n v. Am. Express Co., 461 F.3d 634 (7th Cir. 2006); Lynch, Inc. v. SamataMason Inc., 279 F.3d 487 (7th Cir. 2002). This case is dismissed without prejudice and with leave to reinstate in 30 days, at which time the dismissal will convert to one with prejudice. The court is willing to extend that date if the parties so request, or to dismiss the case with prejudice if they file their settlement agreement with the court. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.